# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | No. 197 EAL 2015 |
| Respondent | |
| v. | Petition for Allowance of Appeal from the Order of the Superior Court |
| ISHMAEL PALMERO, | |
| Petitioner | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.